# SUPREME COURT OF HAWAI'I

Pofolk Aviation Hawaii, Inc. v. Department of Transp. for State of Hawai'i ...................... SCWC–13– 12/04/2014 Dismissed
0003857